IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIV. NO. 2:05cv248-D |
| | ) | WO |
| JAMES HAWKINS | ) | |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed May 3, 2005, and James Hawkins' Objection thereto, filed May 9, 2005, and upon an independent review of the file in this case, it is ORDERED as follows:

(1) Said Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

(2) Hawkins' Objection be and the same is hereby OVERRULED;

(3) the motion filed by Hawkins on February 21, 2005, be and the same is hereby DENIED; and

(4) this case be and the same is hereby DISMISSED as Hawkins has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing the court to consider a successive § 2255 motion.

Done this 24th day of May, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE